# CRIMINAL DOCKET

United States Courts
Southern District of Texas
FILED

OCT 12 2018

David J. Bradley, Clerk of Court

**18 CR 611**

HOUSTON DIVISION

USAO Number: 2018R36755

Magistrate Number:

CRIMINAL INFORMATION

Filed _____

Judge: Lake

UNITED STATES of AMERICA

VS.

IVAN ALEXIS GUEDEZ

**ATTORNEYS:**
RYAN K. PATRICK, USA  (713) 567-9000
JOHN P. PEARSON, AUSA  (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1: Conspiracy [18 USC § 371]

**PENALTY:** Ct. 1: Not more than 5 years imprisonment; a $250,000/$500,000 fine or twice the gross gain or loss; 3 years SRT; $100 SA.

☐ In Jail
☐ On Bond
☑ No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**