United States District Court
Southern District of Texas
**ENTERED**
October 16, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § § § § § | CRIMINAL NO: **18 CR 611** |
| v. | | |
| IVAN ALEXIS GUEDEZ | | |

## ORDER FOR ISSUANCE OF NOTICE

A ___CRIMINAL INFORMATION___ has been filed against the defendant who is

☑ Released on Conditions  ☐ Detained  ☐ In Custody    It is

ORDERED that a notice be issued for the appearance of said defendant _____

at _____.

SIGNED at Houston, Texas, on ___Oct. 16___, 20__18__.

_____
UNITED STATES MAGISTRATE JUDGE