# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION H-18-611 |
| | § | |
| IVAN ALEXIS GUEDEZ | § | |

### CONSENT TO ADMINISTRATION OF GUILTY PLEA AND
### FEDERAL RULE OF CRIMINAL PROCEDURE 11 ALLOCUTION
### BY UNITED STATES MAGISTRATE JUDGE

I, Ivan Alexis Guedez, the defendant in this cause, with the advice and counsel of my attorney, **Matt Hennessy** hereby agree and consent to be advised of my rights and enter a voluntary plea of guilty before the Honorable Christina A. Bryan, United States Magistrate Judge for the Southern District of Texas, Houston Division. I understand that my guilty plea is subject to approval and final acceptance by the **Honorable Gray H. Miller** United States District Court Judge for the Southern District of Texas, Houston Division, and that sentencing will be conducted by the **Honorable Gray H. Miller.**

Signed at Houston, Texas on October 30, 2018.

_____  _____
Ivan Alexis Gguedez, Defendant    Attorney for Defendant

_____
Assistant United States Attorney