United States District Court
Southern District of Texas
**ENTERED**
October 31, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CRIMINAL ACTION NO. H-18-611-1 |
| IVAN ALEXIS GUEDEZ, | § § | |
| Defendant. | § § | |

## REPORT AND RECOMMENDATION

On October 30, 2018, Defendant Ivan Alexis Guedez appeared with counsel for re-arraignment before the undersigned magistrate judge, the matter having been referred by the District court pursuant to 28 U.S.C. §636(b). Defendant appeared for the purpose of entering a guilty plea to Count 1 of the Criminal Information charging him with conspiracy, in violation of 18 U.S.C. §371.

Defendant Ivan Alexis Guedez consented in writing to plead guilty before a United States Magistrate Judge. After a conducting a hearing as prescribed by Rule 11 of the Federal Rules of Criminal Procedure, this court makes the following findings of fact:

1. Defendant Ivan Alexis Guedez after consultation with counsel of record and with the approval of the government, has knowingly and voluntarily consented to be advised of his rights and to enter a plea of guilty before a U.S. Magistrate Judge subject to final approval and imposition of sentence by United States District Judge Gray H. Miller.
2. Defendant Ivan Alexis Guedez is fully competent and capable of entering an informed plea.
3. Defendant Ivan Alexis Guedez is aware of the nature of the charges, the maximum punishment range and other penalties that may be imposed at sentencing.
4. Defendant Ivan Alexis Guedez understands his constitutional and statutory rights and wishes to waive those rights.

5. Defendant Ivan Alexis Guedez understands that the sentencing judge is not bound by any recommendation on sentencing made by either counsel for the government or counsel for the defendant, and that if a recommendation on sentencing is not followed by the sentencing judge, he may not withdraw his plea of guilty.

6. Defendant Ivan Alexis Guedez's plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense charged in Count 1 of the Criminal Information charging him with conspiracy, in violation of 18 U.S.C. §371.

Based upon the foregoing, it is **RECOMMENDED** that the guilty plea of Defendant Ivan Alexis Guedez to Count 1 of the Criminal Information be accepted by the court and that Ivan Alexis Guedez be adjudged guilty of the offense alleged in Count 1 of the Criminal Information, to wit: conspiracy, in violation of 18 U.S.C. §371.

The Clerk shall send copies of this Report and Recommendation to the respective parties who have fourteen (14) days from receipt to file written objections to this Report and Recommendation pursuant to General Order 2002-13. A party's failure to file written objections shall bar that party from attacking on appeal the factual findings and legal conclusions contained in the Report and Recommendation.

The original of any written objections shall be filed with the United States District Clerk, P.O. Box 61010, Houston, Texas, 77208. Copies of objections shall be mailed to opposing parties and to the chambers of the undersigned, 515 Rusk, Suite 7007, Houston, Texas 77002.

**SIGNED** at Houston, Texas, this 30th day of October, 2018.

Christina A. Bryan
United States Magistrate Judge